852 A.2d 299

Emalcom RODRIQUEZ, a Minor By and Through
his Mother and Natural Guardian, Madeline
RODRIQUEZ, Petitioner,

v.

SCG MORTGAGE CORPORATION, Suncoast Savings and Loan,
Bankunited FSB and Barnett Bank, Safeguard Properties, Inc.
and Joseph and Kim Majka, Respondents,

Emalcom Rodriquez, a Minor By and Through his Mother and
Natural Guardian, Madeline Rodriquez, Petitioner,

v.

Safeguard Properties, Inc., Joseph and Kim Majka, City of
Philadelphia and the Department of Transportation of
the Commonwealth of Pennsylvania, Respondents.

Supreme Court of Pennsylvania.

June 22, 2004.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of June, 2004, the Petition for
Allowance of Appeal is hereby GRANTED, and the order of
the Commonwealth Court is VACATED. *See Walker v. Eleby*, 577 Pa. 104, 842 A.2d 389 (2004). The matter is RE-
MANDED for consideration of the City of Philadelphia's
alternative claimed basis for summary judgment.